**Vicki M. Smith**, OSB No. 015110
Email: smith@csw-law.com
**Joel R. Newey**, OSB No. 195682
Email: newey@csw-law.com
CHINN SMITH WINTERS LLP
4248 Galewood Street
Lake Oswego, Oregon 97035
Telephone: (503) 675-4306
Facsimile: (503) 386-2086

Of Attorneys for Defendants Topgolf USA Hillsboro, LLC and Topgolf International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KENDAL SPENCER**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TOPGOLF USA HILLSBORO, LLC**, a Delaware limited liability company, and **TOPGOLF INTERNATIONAL, INC.**, a Delaware corporation,<br><br>Defendants. | Case No. 3:25-cv-00353-AN<br><br>**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants Topgolf USA Hillsboro, LLC ("Topgolf Hillsboro") and Topgolf International, Inc. ("Topgolf International") (collectively, "Defendants") answer Plaintiff's Complaint as follows:

1. Defendants admit the allegations in paragraph 1 of Plaintiff's Complaint based on current information and belief.

2. Defendants admit the allegations in paragraphs 2 through 5 of Plaintiff's Complaint.



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

3. Paragraph 6 contains no allegations and no response is required.

4. Defendants admit Topgolf Hillsboro owns, possesses, and/or operates the premier entertainment destination in Hillsboro, Oregon, located at 5505 NW Huffman St., Hillsboro, Oregon 97214 (the "Hillsboro Location"). Defendants further admit the Hillsboro Location includes a multi-level golf driving range, bar, restaurant, and other amenities. Defendants deny that Topgolf International owns, possesses, and/or operates the Hillsboro Location and all remaining allegations in paragraph 7 of Plaintiff's Complaint.

5. Defendants admit there are a number of Topgolf locations in the United States and that each Topgolf location offers similar services and amenities. Defendants deny the remaining allegations in paragraph 8 of Plaintiff's Complaint.

6. Defendants admit there is a website for the Hillsboro Location. The information on that website speaks for itself.

7. Defendants admit the Hillsboro Location includes 102 bays that are divided into three floors. Defendants further admit each bay includes an area where customers can play available Topgolf games, which includes a driving range mat, and a separate designated seating area for customers. Defendants deny the remaining allegations in paragraph 10 of Plaintiff's Complaint.

8. Defendants deny the allegations in paragraphs 11 and 12 of Plaintiff's Complaint.

9. On the floor for each bay in the Hillsboro Location is a bright red line that designates the separation between the hitting area and the seating area. Defendants admit there are no physical barriers within bays to separate the hitting area and seating area. Defendants deny the remaining allegations in paragraph 13 of Plaintiff's Complaint.

10. Defendants deny the allegations in paragraph 14 of Plaintiff's Complaint.

/ / /



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

11. Defendants admit some injuries have occurred at Topgolf locations. Defendants deny the remaining allegations in paragraphs 15 through 17 of Plaintiff's Complaint.

12. Defendants admit to complying with appropriate Covid-19 protocol during the Covid pandemic, including installing dividers between bays to limit the spread of the Covid-19 virus, and removing those dividers at the conclusion of the Covid pandemic. Defendants deny the remaining allegations in paragraphs 18 through 19 of Plaintiff's Complaint.

13. Defendants admit there is a warning sign at the entrance to the bays. The language on the sign speaks for itself. Defendants deny the remaining allegations in paragraph 20 of Plaintiff's Complaint.

14. Defendants admit Plaintiff visited the Hillsboro Location on June 24, 2023 and was assigned to bay 131, which is on the first floor. Defendants lack the knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 21 of Plaintiff's Complaint and, therefore, deny the same.

15. Defendants deny the allegations in paragraph 22 of Plaintiff's Complaint.

16. Defendants admit that surveillance video from the Hillsboro Location shows Plaintiff was sitting on a couch when she was struck by a club that was released by another customer in a different bay. Defendants lack the knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraphs 23 through 25 of Plaintiff's Complaint and, therefore, deny the same.

17. Paragraph 26 contains no allegations and no response is required. If a response is deemed required, Defendants admit they provided some information about the subject accident to Plaintiff and the surveillance video speaks for itself. Defendants lack the knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 26 of Plaintiff's Complaint and, therefore, deny the same.



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

18. Defendants lack the knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 27 through 28 of Plaintiff's Complaint and, therefore, deny the same.

19. Defendants admit Plaintiff was taken by an ambulance from the Hillsboro Location. Defendants lack the knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 29 of Plaintiff's Complaint and, therefore, deny the same.

20. Defendants lack the knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 30 through 33 of Plaintiff's Complaint, and, therefore, deny the same.

21. Defendants deny the allegations in paragraph 34 of Plaintiff's Complaint.

**FIRST CLAIM FOR RELIEF**

**(Premises Liability: Strict Liability – Topgolf Defendants)**

22. In response to paragraph 35, Defendants reallege and incorporate their responses to paragraphs 1 through 34 of Plaintiff's Complaint.

23. Paragraph 36 contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in paragraph 36 of Plaintiff's Complaint.

24. Defendants deny the allegations in paragraph 37 of Plaintiff's Complaint.

25. Paragraph 38 contains legal conclusions to which no response is required. Further, Defendants deny the allegations in paragraph 38 of Plaintiff's Complaint.

26. Defendants deny the allegations in paragraphs 39 through 46 of Plaintiff's Complaint.

/ / /

/ / /



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

## SECOND CLAIM FOR RELIEF

## (Premises Liability: Negligence – Topgolf Defendants)

27. In response to paragraph 47, Defendants reallege and incorporate their responses to paragraphs 1 through 46 of Plaintiff's Complaint.

28. Paragraphs 48 through 51 contain legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations in paragraphs 48 through 51 of Plaintiff's Complaint.

29. Defendants deny the allegations in paragraph 52 of Plaintiff's Complaint.

### COUNT ONE

### (Failure to Eliminate an Unreasonably Dangerous Condition)

30. Defendants deny the allegations in paragraphs 53 through 56 of Plaintiff's Complaint.

### COUNT TWO

### (Failure to Protect Against an Unreasonably Dangerous Condition)

31. Defendants deny the allegations in paragraphs 57 through 60 of Plaintiff's Complaint.

### COUNT THREE

### (Failure to Adequately Warn of an Unreasonable Risk of Harm)

32. Defendants deny the allegations in paragraphs 61 through 67 of Plaintiff's Complaint.

33. Except as expressly admitted, Defendants deny each and every allegation of Plaintiff's Complaint.

/ / /

/ / /

/ / /



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

34. Some or all of Plaintiff's allegations and claims fail to state a claim for which relief may be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE

### (Contributory Negligence)

35. Plaintiff's own conduct contributed to any injury she allegedly sustained while visiting the Hillsboro Location. Plaintiff was made aware of and acknowledged the risks associated with participating in Topgolf events but failed to take reasonable steps and precautions to avoid injury to herself in that she failed to remain aware of surroundings.

### THIRD AFFIRMATIVE DEFENSE

### (Assumption of Risk)

36. Plaintiff assumed the risk of potential injury while visiting the Hillsboro Location when she saw clear and explicit warning message and expressly acknowledged the risks associated with participating in Topgolf events and that she was participating at her own risk.

### FOURTH AFFIRMATIVE DEFENSE

### (Fault of Others)

37. Plaintiff's damages were caused in whole or in part by the negligence or fault of other third-parties or non-parties over whom Defendants had no control and for whom Defendants were not responsible.

/ / /

/ / /

/ / /



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

## FIFTH AFFIRMATIVE DEFENSE

## (Waiver)

38. Plaintiff waived her right to recover any damages for injuries sustained at the Hillsboro Location when she expressly acknowledged the risks associated with participating in Topgolf events and chose to participate.

## SIXTH AFFIRMATIVE DEFENSE

## (Intervening or Superseding Causes)

39. Plaintiff's damages were the result of causes independent of the alleged acts and omissions of Defendants. Such causes were intervening and superseding causes, therefore, cutting off any liability on the part of Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

## (Failure to Mitigate)

40. Plaintiff failed to reasonably mitigate all alleged damages, if any.

## EIGHTH AFFIRMATIVE DEFENSE

## (Lack of Possession or Control of the Premises)

41. Topgolf International does not have, and never has had, any ownership interest in the Hillsboro Location; therefore, it did not have any ownership, possession, or control of the Hillsboro Location at the time of Plaintiff's alleged injuries.

## NINTH AFFIRMATIVE DEFENSE

## (Reservation)

42. Defendants reserve the right to amend their Answer to assert additional affirmative defenses as discovery and circumstances require or permit during the course of this litigation.

## DEMAND FOR JURY TRIAL

43. Defendants demand a jury trial.



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray for judgment in their favor and against Plaintiff, with prejudice, for their costs and disbursements incurred herein, and any further relief the court may deem just and equitable.

Respectfully submitted this 16th day of May, 2025.

**CHINN SMITH WINTERS LLP**

BY: s/ Vicki M. Smith

Vicki M. Smith, OSB No. 015110
Email: smith@csw-law.com
Joel R. Newey, OSB No. 195682
Email: newey@csw-law.com
Phone: (503) 675-4306
Fax: (503) 386-2086

Attorneys for Defendants Topgolf USA Hillsboro, LLC and Topgolf International, Inc.



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true copy of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** on the following attorneys on the date noted below via the following method:

Anne D. Foster
Samuel T. Smith
Jaimee R. King
Smith Foster King LLP
3330 NW Yeon Ave. Ste 240
Portland, OR 97210
Fax: (503) 961-1616
Email: afoster@sfklegal.com
ssmith@sfklegal.com
jking@sfklegal.com

*Of Attorneys for Plaintiff*

Method:
- ☐ US Mail, postage prepaid
- ☐ Email – Courtesy Copy
- ☐ Facsimile
- ☐ Hand Delivery
- ☒ CM/ECF Electronic Service

Dated this 16th day of May, 2025.

BY: s/ Vicki M. Smith
Vicki M. Smith, OSB No. 015110
Email: smith@csw-law.com
Joel R. Newey, OSB No. 195682
Email: newey@csw-law.com
Phone: (503) 675-4306
Fax: (503) 386-2086

Of Attorneys for Defendants Topgolf USA Hillsboro, LLC and Topgolf International, Inc.



**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086